

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY JACKSON<br><br>**Plaintiff,**<br>V.<br><br>JOYCEES COCKTAILS LLC d/b/a/ JOYCEES COCKTAILS; and VERNETTA K. ANDEEL,<br><br>**Defendant.** | Civil Action No. 20-cv-00344-BEN-AGS<br><br>**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's motion for default judgment is GRANTED. Plaintiff is awarded $4,000.00 in statutory damages and $6,183.75 in attorney's fees and costs. Further, Plaintiff is GRANTED the requested injunctive relief against Defendant Jaycees Cocktails.

Date: 1/7/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ M. Exler

M. Exler, Deputy